

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-81,428-02

### IN RE MARTIN MENDOZA, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. W11-63193-J(A)
### IN THE CRIMINAL DISTRICT COURT NUMBER THREE FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the Criminal District Court Number Three of Dallas County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court. This Court held the application in abeyance and ordered the District Clerk to respond.

The Dallas County District Clerk has responded by sending this Court an order designating issues dated March 4, 2014.

Respondent, the Judge of the Criminal District Court Number Three of Dallas County, shall

file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the order designating issues and then have the District Clerk submit the record on such application. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: November 19, 2014
Do not publish